**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| TIBERIO BARTOLO-CLEMENTE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 1:20-cv-1239-TWP-TAB |
| | ) |
| MERCHANDISE WAREHOUSE CO., INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to the Joint Stipulation of Dismissal with Prejudice filed by the parties, all claims in the above-captioned matter are hereby dismissed, with prejudice, with each party to bear its own costs, attorney's fees and expenses.

SO ORDERED

Date: 6/22/2021

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all counsel of record via ECF